## 54613. HENSON v. HOME INDEMNITY COMPANY et al.

QUILLIAN, Presiding Judge.

The evidence was sufficient to support the award of the State Board of Workmen's Compensation.

*Judgment affirmed. Shulman and Banke, JJ., concur.*

SUBMITTED OCTOBER 11, 1977 — DECIDED JANUARY 9, 1978 — REHEARING DENIED FEBRUARY 2, 1978 — 

*Ben Lancaster,* for appellant.

*Swift, Currie, McGhee & Hiers, Woodson T. Drumheller,* for appellees.